IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT THOMAS HALL,<br><br>　　　　Defendant. | CR 25-80-BLG-SPW-TJC-2<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Counts 2 and 3 of the Indictment which charge the crimes of possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) (Count 2), and prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Count 3).

　　　After examining the Defendant under oath, the Court determined:

　　　1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against him;

　　　2.  That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

1

3.  That the Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights by pleading guilty to the criminal offenses charged against him; and

4.  That his plea of guilty to the criminal offenses charged against him is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, and that Defendant fully understands each and every provision of the agreement.

Therefore, I recommend that the Defendant be adjudged guilty of the charges in Counts 2 and 3 of the Indictment and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 9th day of October, 2025.

                                                    _____
                                                    TIMOTHY J. CAVAN
                                                    United States Magistrate Judge