**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-80-BLG-WWM-2 |
| Plaintiff, | |
| vs. | ORDER FOR SUPPLEMENTAL BRIEFING |
| SCOTT THOMAS HALL, | |
| Defendant. | |

In Defendant's motion to continue sentencing, which this Court granted on March 3, 2026 (Doc. 74), Defendant's counsel stated he needed additional time to reconcile identified discrepancies between the Defendant's CJA-23 form and the Presentence Report ("PSR"), noting that the PSR "assigns estimated fair market values to several vehicles, a trailer, and construction tools," but "[t]hose estimates do not account for the actual condition of the vehicles, mileage, mechanical issues, wear and tear, or the functional value of the tools and equipment," or the depreciation of any items should the Defendant be unable to access or maintain them. (Doc. 72 at 1-2). Before the sentencing hearing set for April 2, 2026 (Doc. 74), the Court must be adequately apprised of what additional information, if any, the parties were able discover with respect to these issues. Accordingly,

**IT IS HEREBY ORDERED** that counsel for the United States and counsel for Hall shall file supplemental briefing, no more than 10 pages per brief, on the location and valuation of Defendant's assets, including liens on any of these assets, as well as the parties' respective positions on the Court's authority to order liquidation of assets to pay an imposed fine. Supplemental briefing shall be filed no later than **March 23, 2026**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 9th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE